In re: Richard L. BARNETT, Sr., Debtor.

Richard L. Barnett, Sr., Appellant,

v.

Paul Eagleson, et al., Appellee.

In re: Richard L. Barnett, Sr., Debtor.

Paul Eagleson, et al., Appellee/Cross–Appellant,

v.

Richard L. Barnett, Sr., Appellant/Cross–Appellee.

Nos. 99–15858, 99–15859.
BAP No. EC–98–01497–JRyPa.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 12, 2000.

Decided Jan. 3, 2001.

Before B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM [1]

We affirm the judgment of the Bankruptcy Appellate Panel for the reasons given in its opinion of March 22, 1999.

---

1. This disposition is not appropriate for publication and may not be cited to or by the

1. This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.